Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ARMANDO ACOSTA TORO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO GARCIA,<br><br>Defendant. | Case No.: 1:20 CR 16 DAD/BAM<br><br>STIPULATION AND ORDER TO CONTINUE REVIEW HEARING RE PRETRIAL PLACEMENT |

Counsel for the respective parties, Kevin P. Rooney representing Mr. Garcia and Katherine Schuh representing the United States stipulate as follows:

1. By previous Order of the Court, Mr. Garcia has been placed in the Westcare facility. A review hearing regarding his progress is scheduled for April 13, 2020 before United States Magistrate Judge Oberto.

2. Counsel for the respective parties have been notified by the United States PreTrial Services Office that Westcare reports that Mr. Garcia is fully engaged in the program and there have been no issues of non-compliance. Mr. Garcia has tested negative for all illegal substances.

1

3. Based on Mr. Garcia's good performance and the complications of the ongoing coronavirus pandemic, the parties agree to an extension of the review hearing until May 11, 2020 before the Duty Magistrate or as otherwise determined by the Court. Mr. Garcia's anticipated completion date for the Westcare program is late May 2020. In connection with the rescheduling of the review hearing, there is no need for a Speedy Trial time exclusion or other Speedy Trial considerations, because the Status Conference in this matter is also scheduled for May 11, 2020.

IT IS SO STIPULATED :

Dated: April 9, 2020       ___/s Kevin Rooney_____
Kevin P. Rooney
Attorney for Defendant Eduardo Garcia

Dated: April 9, 2020       By:McGREGOR W. SCOTT
United States Attorney
/s/ Katherine Schuh
Katherine Schuh
Assistant United States Attorney

## **ORDER**

The previously scheduled review hearing in this matter is hereby rescheduled to May 11, 2020, at 2:00 p.m. before the assigned Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **April 10, 2020**       /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE