McGREGOR W. SCOTT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00016-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE BAIL REVIEW HEARING |
| v. | DATE: May 11, 2020 |
| EDUARDO GARCIA, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1.    By previous order, this matter was set for a bail review hearing on May 11, 2020.

2.    By this stipulation, the defendant and the government now move to vacate the hearing.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    On February 21, 2020, the Court ordered defendant Eduardo Garcia released pending trial on conditions set forth by the Court on the record and in writing. As part of those conditions, he was ordered to complete 90 days of inpatient substance abuse treatment at Westcare.

b)    Garcia is scheduled to complete the 90-day residential drug treatment program at Westcare by May 27, 2020.

c)    According to Pretrial Services Officer Jessica McConville, Garcia is doing well in treatment and has no positive drug tests.

d)      Upon matriculation from Westcare, Garcia will be released to the custody of a Court-approved third party, and will reside at the location approved by the Pretrial Services Officer.  He will continue to be subject to the release conditions approved by the Court on February 21, 2020, including, but not limited, to location monitoring and home detention.

e)      The Court has issued General Orders 611 through 617 to address public health concerns related to the COVID-19 pandemic. On April 16, 2020, the Judicial Counsel of the Ninth Circuit declared a judicial emergency in this District pursuant to 18 U.S.C. § 3174(d), based on the District's "critically low resources across its heavy caseload."

f)      In light of the representations made by Officer McConville, the ongoing COVID-19 global health crisis set forth in General Orders 611-617, and the judicial emergency in this District, the parties do not believe that it is necessary for the Court to hold a bail review hearing for Eduardo Garcia on May 11, and request that it be vacated.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

IT IS SO STIPULATED.

Dated:  May 7, 2020                                      McGREGOR W. SCOTT
                                                        United States Attorney


                                                        /s/ KATHERINE E. SCHUH
                                                        KATHERINE E. SCHUH
                                                        Assistant United States Attorney


Dated:  May 8, 2020                                     /s/ Kevin Rooney
                                                        Kevin Rooney
                                                        Counsel for Defendant
                                                        Eduardo Garcia



## **ORDER**

        IT IS SO ORDERED that the bail review hearing set for May 11, 2020 at 2:00 p.m. before

Magistrate Judge Barbara A. McAuliffe is vacated.


IT IS SO ORDERED.

    Dated:   **May 8, 2020**                         /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE