Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ARMANDO ACOSTA TORO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                             )<br>        Plaintiff,                          )<br>                                             )<br>    vs.                                      )<br>                                             )<br> EDUARDO GARCIA,                )<br>                                             )<br>        Defendant.                      )<br>                                             )<br>_____ ) | Case No.: 1:20 CR 16 DAD/BAM<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

Counsel for the respective parties, Kevin P. Rooney representing Mr. Garcia and Katherine Schuh representing the United States, stipulate as follows:

1. PreTrial Services reports that Mr. Garcia has complied with the conditions of PreTrial Release imposed on February 21, 2020.

2. At this time, it is appropriate to remove PreTrial Release condition (p) which mandated Location Monitoring and Home Detention. It is also appropriate to remove PreTrial Release condition (f) because Mr. Garcia has successfully completed the mandated WestCare.

///

///

1

program. The PreTrial Services Officer supervising Mr. Garcia favors the removal of conditions (f) and (p). All other conditions of PreTrial Release previously imposed shall remain in full force and effect.

IT IS SO STIPULATED :

Dated: February 18, 2021        ___/s Kevin Rooney_____
                                Kevin P. Rooney
                                Attorney for Defendant Eduardo Garcia

Dated: February 18, 2021        By:McGREGOR W. SCOTT
                                United States Attorney
                                /s/ Katherine Schuh
                                Katherine Schuh
                                Assistant United States Attorney

## ORDER

IT IS ORDERED THAT, as to Eduardo Garcia, the previously imposed PreTrial Release condition (f) and (p) are removed and all other conditions of PreTrial Release previously imposed shall remain in full force and effect

IT IS SO ORDERED.

Dated:   **February 18, 2021**        _____
                                      UNITED STATES MAGISTRATE JUDGE