PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>         v.<br><br>EDUARDO GARCIA,<br><br>                             Defendant. | CASE NO. 1:20-CR-00016-DAD-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER<br><br>DATE: February 7, 2022<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.  The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Katherine E. Schuh, and the defendant Eduardo Garcia, by and through his counsel of record, Kevin P. Rooney, hereby stipulate as follows.

2.  The parties have reached a plea agreement in this case.

3.  The parties ask that the matter as to defendant Eduardo Garcia be set for a change of plea before the Honorable Dale A. Drozd on February 7, 2022 at 10:00 AM.

    IT IS SO STIPULATED.

1

Dated: January 19, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Katherine E. Schuh
KATHERINE E. SCHUH
Assistant United States Attorney

Dated: January 19, 2022

/s/ Kevin P. Rooney
KEVIN P. ROONEY
Counsel for Defendant
Eduardo Garcia

**ORDER**

Pursuant to the stipulation of the parties, defendant Eduardo Garcia will be placed on calendar before the undersigned for a change of plea on February 7, 2022 at 10:00 AM.

IT IS SO ORDERED.

Dated: **January 19, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2