Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, EDUARDO GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00016 DAD-BAM |
| Plaintiff, | REQUEST TO EXONERATE APPEARANCE AND COMPLIANCE BOND; ORDER THEREON |
| vs. | |
| EDUARDO GARCIA, | |
| Defendant. | |

Defendant EDUARDO GARCIA, by and through his Attorney of Record, KEVIN P. ROONEY, hereby requests this Court exonerate the $2,000.00 Appearance and Compliance Bond which formerly secured the appearance of Mr. Garcia during his pre-trial release.

The Appearance and Compliance Bond was posted by Mr. Garcia's mother, Nereyda Estrada, on February 13, 2020 (docket #20) and Mr. Garcia was released from custody with release conditions. A Change of Plea Hearing was held February 7, 2022. Mr. Garcia pleaded guilty to Count Two of the Indictment.

On May 2, 2022, Mr. Garcia was sentenced by the Honorable Dale A. Drozd to 39 months in custody and 36 months supervised release. Mr. Garcia has since reported and is in BOP custody according to the BOP inmate locator website, pursuant to the judgment entered on May 2, 2022.

///

///

Mr. Garcia respectfully requests the Court exonerate the $2,000.00 Appearance and Compliance Bond which formerly secured his appearance during his pre-trial release in Case No. 1:20 CR 16 DAD/BAM.

Dated: July 29, 2022      ___/s Kevin Rooney_____
                                              Kevin P. Rooney
                                              Attorney for Defendant
                                              Eduardo Garcia

## **ORDER**

IT IS ORDERED THAT, the above request for the Court to exonerate the $2,000.00 Appearance Bond which formerly secured the appearance of Mr. Garcia during his pretrial release in Case No. 1:20 CR 16 DAD/BAM is hereby granted.

IT IS SO ORDERED.

Dated:   **July 29, 2022**         /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE